DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TORRANCE ADDERLY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-782

[June 13, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas Michael Lynch V, Judge; L.T. Case No. 98-14916CF10A.

Torrance Adderly, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***